[Civ. No. 6244. Second Appellate District, Division Two.—December 27, 1929.]

MARIA PROVOST, Respondent, v. ANTHONY PROVOST et al., Appellants.

James H. Mitchell for Appellants.

Albert Sidney Brown for Respondent.

CRAIG, Acting P. J.—■ Upon the authority of our decision in the next preceding case (*Provost* v. *Provost, ante,* p. 775 [283 Pac. 842]), the judgment herein is reversed.

Thompson (Ira F.), J., and Burnell, J., *pro tem.,* concurred.